# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00007-CV

### In re Richard Dale Reed

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

In this original proceeding, relator Richard Dale Reed asks this Court to compel respondent Vincent Harding, Chair of the Travis County Democratic Party, to de-certify the application of Gary Allan Cobb, real party in interest, to appear on the general primary election ballot in the upcoming election for District Attorney of the 53rd Judicial District. *See* Tex. R. App. P. 52.8. Reed, who is also a Democratic primary candidate for the same District Attorney position, contends that public documents conclusively establish that Harding should reject Cobb's application because it does not comply with the requirements as to form, content, and procedure that the application must satisfy for the candidate's name to be placed on the ballot. *See* Tex. Elec. Code § 141.032. To apply to be on the ballot for this particular office, an applicant must either pay a $1,250 filing fee or submit a petition containing signatures from 500 registered voters in support of the applicant's appearing on the ballot. *Id.* §§ 172.021(b). .024, .025. Reed asserts that 194 of the 679 signatures obtained by Cobb are invalid and that therefore Cobb's petition contains only 485 valid signatures.

After reviewing the petition, the responses, and the record provided, we conclude that the challenges advanced by Reed present either (1) fact issues beyond our proper purview to resolve

or (2) facial challenges that, if meritorious, would ultimately fail to conclusively demonstrate the legal invalidity of a sufficient number of Cobb's signatures to entitle Reed to relief.  Consequently, Reed has not shown himself entitled to the mandamus relief he seeks, and we deny the petition for writ of mandamus.  *See* Tex. R. App. P. 52.8(a).  In light of this ruling, we also dismiss as moot Reed's accompanying motion for temporary relief.  *See id.* R. 52.10.

_____

Cindy Olson Bourland, Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Filed:  January 11, 2016